# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA**      **PLAINTIFF**

**VS.**      **CIVIL ACTION NO.: 3:23-CV-386-DMB-RP**

**ANNEKEITA JONES**      **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Annekeita Jones. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Annekeita Jones on the basis of violations of the False Claims Act, U.S.C. §3729-3733 and the Financial Institutions Reform, Recovery and Enforcement Act ("FIRREA"), partially codified at 12 U.S.C. § 1833a, in the sum of $46,810.75, which sum specifically includes loans in the amounts of $20,977.75 ((loan #7602668500) the amount of the loan plus interest through the date of forgiveness) and $20,833.00 ((loan #3589758107, which loan was not forgiven) and $5,000.00 for the banks' processing fees for the loans. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Annekeita Jones agrees that the sum owed, $46,810.75, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Annekeita Jones pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Annekeita Jones will be credited to her outstanding debt.

IT IS SO ORDERED this the 4th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
ANNEKEITA JONES, *Pro Se Defendant*